**William Bottoms, defendant in error, v. Alma Holt, plaintiff in error. Gen. No. 31,209.**

Action for tenant's malicious destruction of personalty. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed October 4, 1927.

Harry A. Goldsmith, for plaintiff in error. Anderson & Roche, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**City of Chicago, appellant, v. Chicago Railways Company, appellee. Gen. No. 31,480.**

Appeal from judgment for costs. See *supra*, p. 473. Appeal from the Municipal Court of Chicago; the Hon Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 4, 1927.

Francis X. Busch, Corporation Counsel, C. M. Doty, Assistant Corporation Counsel, and William H. Holly, Special Assistant Corporation Counsel, for appellant. Weymouth Kirkland, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Mrs. Clifford Smith, appellee, v. The National Life & Accident Insurance Company, appellant. Gen. No. 31,537.**

Action on life insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. W. J. Hill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with findings of fact. Opinion filed October 4, 1927.

Cohen, vonHelmolt & O'Connor, for appellant; Roderick H. O'Connor, of counsel. Frank T. Sharp, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Star Paper Box Company, appellee, v. Gallanis Bros., Inc., appellant. Gen. No. 31,564.**

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 4, 1927.

Loewenstein & Rabinoff, for appellant; Maurice J. Ginsberg, of counsel. Edelson & Paullin, for appellee; Hyland J. Paullin, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.